FILED
Clerk
District Court

JAN 11 2021

for the Northern Mariana Islands
By
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

IN RE: SEALED CASES

**UNDER SEAL**

Case No. 19-MC-00001

ORDER

FOR CAUSE SHOWN by the United States (Response, April 11, 2019, ECF No. 7), the following sixty-three cases are hereby unsealed after the filing of the redacted documents listed below. The Clerk or her designee is ordered to file a copy of this order in each case listed and unseal the record.

|     | Case Number      | Documents to be Partially Redacted |
| --- | ---------------- | ---------------------------------- |
| 1.  | 1:11-mc-00025    | 1                                  |
| 2.  | 1:12-cr-00003-1  | 3                                  |
| 3.  | 1:12-cr-00013-1  | 4, 8                               |
| 4.  | 1:12-mc-00009    | 1, 2, 2-1                          |
| 5.  | 1:12-mc-00022    | 3                                  |
| 6.  | 1:12-mc-00027    | 1, 2                               |
| 7.  | 1:12-mc-00028    | 1, 2                               |
| 8.  | 1:12-mc-00029    | 1, 2                               |
| 9.  | 1:12-mc-00033    | 1                                  |
| 10. | 1:12-mc-00034    | 1                                  |
| 11. | 1:13-cr-00015-1  | 3                                  |
| 12. | 1:13-mc-00009    | 1                                  |
| 13. | 1:13-mc-00012    | 1, 2                               |
| 14. | 1:13-mc-00013    | 1, 2                               |
| 15. | 1:13-mc-00014    | 1, 2, 3, 4                         |
| 16. | 1:13-mc-00015    | 1, 2, 3, 4                         |
| 17. | 1:13-mc-00016    | 3                                  |
| 18. | 1:13-mc-00017    | 3                                  |

|     |                |                    |
| --- | -------------- | ------------------ |
| 19. | 1:13-mc-00018  | 3                  |
| 20. | 1:13-mc-00042  | 1, 2               |
| 21. | 1:13-mc-00047  | 3-1, 4             |
| 22. | 1:13-mc-00054  | 1, 1-1, 2          |
| 23. | 1:13-mc-00056  | 1, 2, 3, 4         |
| 24. | 1:13-mc-00057  | 1, 2, 3, 4         |
| 25. | 1:13-mc-00059  | 1, 2, 3, 4         |
| 26. | 1:13-mc-00060  | 1, 2               |
| 27. | 1:13-mc-00062  | 1, 2, 3, 4         |
| 28. | 1:13-mc-00069  | 1                  |
| 29. | 1:13-mc-00070  | 1                  |
| 30. | 1:14-mc-00007  | 1, 2, 3, 4         |
| 31. | 1:14-mc-00008  | 1, 2, 3, 4         |
| 32. | 1:14-mc-00015  | 1                  |
| 33. | 1:14-mc-00036  | 1, 1-1, 1-2, 2     |
| 34. | 1:15-cr-00010-1| 3-1                |
| 35. | 1:15-mc-00005  | 1, 2               |
| 36. | 1:15-mc-00007  | 1, 2               |
| 37. | 1:15-mc-00008  | 1, 3               |
| 38. | 1:15-mc-00011  | 1, 2, 3, 4, 5, 6   |
| 39. | 1:15-mc-00024  | 1, 2               |
| 40. | 1:15-mc-00025  | 1                  |
| 41. | 1:15-mc-00026  | 1                  |
| 42. | 1:15-mc-00033  | 1, 2               |
| 43. | 1:15-mc-00035  | 1, 2               |
| 44. | 1:15-mc-00036  | 1, 2               |
| 45. | 1:15-mc-00037  | 1                  |
| 46. | 1:15-mc-00040  | 1                  |
| 47. | 1:16-cr-00017-1| 2                  |
| 48. | 1:16-mc-00003  | 1, 2, 3, 5, 6      |
| 49. | 1:16-mc-00006  | 1, 2               |
| 50. | 1:16-mc-00008  | 1, 1-2             |
| 51. | 1:16-mc-00014  | 1, 2               |
| 52. | 1:16-mc-00020  | 1                  |
| 53. | 1:16-mc-00023  | 1                  |
| 54. | 1:16-mc-00039  | 1, 2               |
| 55. | 1:16-mc-00040  | 1                  |
| 56. | 1:17-mc-00001  | 2                  |
| 57. | 1:17-mc-00002  | 2                  |
| 58. | 1:17-mc-00010  | 1                  |
| 59. | 1:17-mc-00012  | 1, 2               |
| 60. | 1:17-mc-00014  | 1, 2               |

| 61. | 1:17-mc-00018 | 1, 2 |
| 62. | 1:17-mc-00022 | 1 |
| 63. | 1:17-mc-00023 | 1 |

The following 14 cases shall remain under seal until further order of the Court:

1. 1:15-mc-00016
2. 1:15-mc-00029
3. 1:16-mc-00001
4. 1:16-mc-00015
5. 1:16-mc-00022
6. 1:16-mc-00029
7. 1:16-mc-00033
8. 1:16-mc-00036
9. 1:16-mc-00037
10. 1:17-cr-00004-1
11. 1:17-cr-00012-1
12. 1:17-cr-00013-1
13. 1:17-mc-00021
14. 1:17-mc-00030

SO ORDERED this 11th day of January, 2021.

_____
HONORABLE RAMONA V. MANGLONA
Chief Judge